ELSE CAPPEL et al., on Behalf of Themselves as the Beneficiaries of a Family Corporate Trust, Known as HERMANN-HEDWIG STIFTUNG, and of All

Other Beneficiaries Thereof, Similarly Situated, Respondents, v. HEDE VASEN, Appellant, et al., Defendants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. Bill of particulars to be served within twenty days after service of the order, with notice of entry. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [See 270 App. Div. 760.]